IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| REV. JESSE G. ANDERSON, JR., : | |
| Plaintiff : | |
| VS. : | NO. 7:06-CV-29(HL) |
| Sheriff GARY VOWELL, *et al.*, : | |
| Defendants : | **O R D E R** |

Plaintiff **JESSE G. ANDERSON, JR.**, a detainee at the Tift County Jail in Tifton, Georgia, has tendered a *pro se* civil rights complaint brought pursuant to 42 U.S.C. § 1983. Without passing judgment on the ultimate determination of the merits of plaintiff's claims, the Court observes that the plaintiff has failed to present his claims on the standard 42 U.S.C. § 1983 forms required by this court. Nor has the plaintiff submitted the initial filing fee of $350.00 or a financial affidavit seeking leave to proceed *in forma pauperis*.[1]

Accordingly, plaintiff is hereby **ORDERED** to complete and submit a 42 U.S.C. § 1983 form AND either submit the full filing fee of $350.00, or execute and return a financial affidavit seeking leave to proceed *in forma pauperis* including a copy of his trust fund account balance. Plaintiff shall have thirty (30) days from the date of his receipt of this order to provide the aforementioned information. Plaintiff is advised that failure to submit the form, pay the fee or submit the required affidavit may result in dismissal of this action.

---

[1] The filing fee was increased to $350.00 for civil cases filed on or after April 9, 2006.

The clerk of court is **DIRECTED** to forward the appropriate section 1983 forms and financial affidavit to the plaintiff together with a copy of this order.

**SO ORDERED**, this 17th day of April, 2006.

*/s/ Richard l. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE