IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

REV. JESSE G. ANDERSON, JR.,          :
                                      :
                Plaintiff             :
                                      :
        VS.                           :        NO. 7:06-CV-29(HL)
                                      :
Nurse PEGGY CHESTER THOMAS,           :
*et al.*,                             :        PROCEEDINGS UNDER 42 U.S.C. § 1983
                                      :        BEFORE THE U.S. MAGISTRATE JUDGE
                Defendants            :
_____   :        **O R D E R**

 *Pro se* plaintiff **REV. JESSE G. ANDERSON, JR.** has complied with the previous order

of this Court to provide an *in forma pauperis* form and supporting documentation concerning his IFP

application, as well as to complete and sign a 42 U.S.C. § 1983 complaint form.  Upon examination

of plaintiff's submissions, it appears that plaintiff is unable to pay the cost of commencing this

action.  Accordingly, plaintiff's application to proceed *in forma pauperis* is hereby **GRANTED**.

 However, even if a prisoner is allowed to proceed *in forma pauperis*, he must nevertheless

pay the full amount of the $350.00 filing fee.  28 U.S.C. § 1915(b)(1).  As stated above, plaintiff is

unable to pay the entire $350.00 filing fee at this time.  However, plaintiff does have sufficient funds

in his prison account to pay a portion of this amount.  Therefore, pursuant to 28 U.S.C. §

1915(b)(1)(A), it is hereby **ORDERED** that plaintiff's complaint be filed and that plaintiff pay an

initial partial filing fee of $11.99 to the clerk of this court.

 Plaintiff shall have thirty (30) days from the date of his receipt of this order to pay the

required initial partial filing fee to the Clerk of the Court.  Failure to comply with this order shall

result in the dismissal of plaintiff's complaint.  There shall be no service of process in this case until

further order of the Court.

**SO ORDERED**, this 26th  day of April, 2006.


/s/ *Richard L. Hodge*_____
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE